UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN G. BURT )<br>1086 Bexley Drive, Apt F )<br>Greenwood, IN 46143 )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>DONALD C. WINTER )<br>Secretary of the Navy )<br>Washington, D.C. 20350-1000 )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 06- 2038 (HHK)<br>Electronic Case Filing |

ENTRY OF APPEARANCE

THE CLERK OF THIS COURT will please enter the appearance of Special Assistant United States Attorney **Quan K. Luong** as counsel for the defendant in the above-captioned case.

Respectfully submitted,

_____
QUAN K. LUONG
Special Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4417
Washington, D.C. 20530
(202) 514-9150
quan.luong@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of <u>December</u>, 2006, a true and correct copy of the foregoing **Entry of Appearance** was served by first class United States mail, postage prepaid marked for delivery to:

GRANT LATTIN
Lattin & Bednar, LLP
11970 Shorewood Court
Woodbridge, VA 22192

_____
QUAN K. LUONG
Special Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4417
Washington, D.C. 20530
(202) 514-9150