**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KEVIN G. BURT ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 06-2038 (HHK) |
| DONALD C. WINTER ) | Electronic Case Filing |
| Secretary of the Navy ) | |
| ) | |
|     Defendant ) | |

**NOTICE OF PROOF OF SERVICE**

COMES NOW plaintiff, through undersigned counsel, and hereby provides the Court with Notice of Proof of Service of the Summons, Complaint, and Notice of Right to Consent to Trial Before United States Magistrate Judge. Service of the above documents was accomplished via certified U.S. Mail, postage-prepaid, with return receipts requested from recipients pursuant to Fed. R. Civ. P. 4(i). Pages 2 and 3 of this document prove that the U.S. Attorney General and the U.S. Attorney for the District of Columbia received the above documents on December 6, 2006. Page 4 of this document proves that the defendant received the above documents on December 11, 2006.

                                      Respectfully submitted,

                                      /s/ Grant E. Lattin
                                      Grant E. Lattin, DC Bar # 436051
                                      Counsel for Plaintiff
                                      11970 Shorewood Court
                                      Woodbridge, Virginia  22192
                                      Phone:  (703) 490-0000
                                      Fax:  (703) 497-7249
                                      Email:  Glattin@ArmedForcesLaw.com

December 27, 2006

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530

| | |
|---|---|
| Postage | $0.87 |
| Certified Fee | $2.40 |
| Return Reciept Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.12 |

Postmark Here — OCCOQUAN VA 22125 — 12/01/2006

Sent To:
U.S. Attorney General
Attn: Mail Referral Unit, Rm B-103
950 Pennsylvania Avenue
Washington, DC 20530

7003 3110 0001 4875 1195

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General
Attn: Mail Referral Unit, Rm B-103
950 Pennsylvania Avenue
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_      ☐ Agent   ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
                                    DEC 06 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7003 3110 0001 4875 1195

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

2

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530
OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.87  0020 |
| Certified Fee | | $2.40  04 |
| Return Receipt Fee (Endorsement Required) | | $1.8? |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.12  12/01/2006 |

Postmark Here — OCCOQUAN VA 22125 — DEC 1 2006

Sent To: United States Attorney
Street, or PO: Attn: Civil Division
City, S: 555 4th Street, NW
Washington, DC 20530

7003 3110 0001 4875 1218

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Attorney
Attn: Civil Division
555 4th Street, NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
DEC 0 6 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7003 3110 0001 4875 1218

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20350  OFFICIAL USE

| | | |
|---|---|---|
| Postage | $0.87 | 0020 |
| Certified Fee | $2.40 | 04 |
| Return Reciept Fee (Endorsement Required) | $1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $5.10 | 12/01/2006 |

Sent To: Donald C. Winter
Street, Apt. or PO Box: Secretary of the Navy
City, State: Navy Pentagon 1000
Washington, DC 20350-1000

Article Number: 7003 3110 0001 4875 1201

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Donald C. Winter
   Secretary of the Navy
   Navy Pentagon 1000
   Washington, DC 20350-1000

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  LYNN H. BLEVINS     ☐ Agent  ☐ Addressee

B. Received by (Printed Name): ADMINISTRATIVE ASSISTANT
C. Date of Delivery: DEC 11 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   DEPARTMENT OF THE NAVY
   OFFICE OF THE GENERAL COUNSEL
   WASHINGTON, D.C. 20350

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0001 4875 1201

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540