## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KEVIN G. BURT | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 06-2038 (HHK) |
| DONALD C. WINTER | ) | Electronic Case Filing |
| Secretary of the Navy | ) | |
| | ) | |
| Defendant | ) | |

### <u>NOTICE OF PROOF OF SERVICE</u>

COMES NOW plaintiff, through undersigned counsel, and hereby provides the Court

with Notice of Proof of Service of the Summons, Complaint, and Notice of Right to Consent to

Trial Before United States Magistrate Judge.  Service of the above documents was accomplished

via certified U.S. Mail, postage-prepaid, with return receipts requested from recipients pursuant

to Fed. R. Civ. P. 4(i).  Pages 2 and 3 of this document prove that the U.S. Attorney General and

the U.S. Attorney for the District of Columbia received the above documents on December 6,

2006.  Page 4 of this document proves that the defendant received the above documents on

December 11, 2006.

Respectfully submitted,

/s/ Grant E. Lattin
Grant E. Lattin, DC Bar # 436051
Counsel for Plaintiff
11970 Shorewood Court
Woodbridge, Virginia  22192
Phone:  (703) 490-0000
Fax:  (703) 497-7249
Email:  Glattin@ArmedForcesLaw.com

December 27, 2006

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530

| | | |
|---|---|---|
| Postage | $ | $0.87 |
| Certified Fee | | $2.40 |
| Return Reciept Fee (Endorsement Required) | | $1. |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.12 |

Postmark Here

12/01/2006

7003 3110 0001 4875 1195

Sent To
U.S. Attorney General
Attn: Mail Referral Unit, Rm B-103
950 Pennsylvania Avenue
Washington, DC 20530

PS Form       ructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General
Attn: Mail Referral Unit, Rm B-103
950 Pennsylvania Avenue
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                        ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from ser          7003 3110 0001 4875 1195

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $0.87 | 0020 |
| Certified Fee | | $2.40 | 04 |
| Return Reciept Fee (Endorsement Required) | | $1.8 | |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.12 | 12/01/2006 |

Postmark Here

Sent To

United States Attorney
Attn: Civil Division
555 4th Street, NW
Washington, DC 20530

PS Fo...

7003 3110 0001 4875 1218

---

| **SENDER:** *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name)  C. Date of Delivery<br>DEC 0 6 2006 |
| 1. Article Addressed to:<br><br>United States Attorney<br>Attn: Civil Division<br>555 4th Street, NW<br>Washington, DC 20530 | D: Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number<br>*(Transfer from service la...* | 7003 3110 0001 4875 1218 |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

3



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20350

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $0.87 | 0020 |
| Certified Fee | $2.70 | 04 |
| Return Receipt Fee (Endorsement Required) | $1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $5.00 | 12/01/2006 |

7003 3110 0001 4875 1201

Sent To  Donald C. Winter
Street, A  Secretary of the Navy
or PO Bo  Navy Pentagon 1000
City, Stat  Washington, DC 20350-1000

PS Form                                    ctions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Donald C. Winter
Secretary of the Navy
Navy Pentagon 1000
Washington, DC 20350-1000

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  LYNN H. BLEVINS       ☐ Agent
                          ☐ Addressee

ADMINISTRATIVE ASSISTANT  DEC 11 2006
TO THE GENERAL COUNSEL
DEPARTMENT OF THE NAVY
OFFICE OF THE GENERAL COUNSEL
WASHINGTON, D.C. 20350

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:         ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number
*(Transfer from service*    7003 3110 0001 4875 1201

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540