UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN G. BURT )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DONALD C. WINTER, )<br>Secretary of the Navy, )<br>)<br>    Defendant. )<br>) | Civil Action No.: 06-2038 (HHK) |

**DEFENDANT'S MOTION TO FILE EXHIBITS UNDER SEAL**

Defendant Donald C. Winter, Secretary of the Navy, hereby moves the Court to file under seal the administrative record in the above-captioned matter. Defendant has filed a Motion for Summary Judgment and seeks to file under seal the administrative record, given that Plaintiff's social security number and medical records are reflected herein. Pursuant to Local Rule 5.4(f) and the Notice Regarding Privacy and Public Access to Electronic Civil Case Files from the ECF website of the United States District Court for the District of Columbia, Defendant exercises caution in filing the administrative record and requests leave of the Court to file the administrative record under seal.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/ Quan K. Luong

_____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN G. BURT  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>DONALD C. WINTER,  )<br>Secretary of the Navy,  )<br>)<br>Defendant.  )<br>) | Civil Action No.: 06-2038 (HHK) |

**DEFENDANT'S NOTICE OF FILING OF BULKY EXHIBIT 1**

Defendant Donald C. Winter, Secretary of the Navy, respectfully gives notice of the filing of Exhibit 1, which is the administrative record relating to the final Agency decision by the Department of the Navy, Board for Correction of Naval Records (BCNR) at dispute in the above-captioned matter.

Due to its length, the administrative record is being submitted to the Clerk's Office in electronic PDF format on a CD-ROM. The administrative record begins at Bates Number 00001 and ends at 00252. A copy of the administrative record is being served on counsel for plaintiff on this date and a courtesy copy will also be provided to chambers.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/ _____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5TH day of February, 2007, I caused service of this notice and a copy of the administrative record to be made via first class mail and electronic mail to the following:

        **GRANT LATTIN**
        **LATTIN & BEDNAR, LLP**
        11970 Shorewood Court
        Woodbridge, VA 22192

        Respectfully submitted,

        _____
        QUAN K. LUONG
        Special Assistant United States Attorney
        555 Fourth Street, N.W., Room E-4417
        Washington, D.C. 20530
        (202) 514-9150 (telephone)
        (202) 514-8780 (facsimile)