UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN G. BURT<br><br>    Plaintiff,<br><br>v.<br><br>DONALD C. WINTER,<br>Secretary of the Navy,<br><br>    Defendant. | Civil Action No.: 06-2038 (HHK) |

**DEFENDANT'S MOTION TO FILE EXHIBITS UNDER SEAL**

Defendant Donald C. Winter, Secretary of the Navy, hereby resubmits his motion to file under seal the administrative record in the above-captioned matter. Defendant has filed a Motion for Summary Judgment and seeks to file under seal the administrative record, given that Plaintiff's social security number and medical records are reflected herein. Pursuant to Local Rule 5.4(f) and the Notice Regarding Privacy and Public Access to Electronic Civil Case Files from the ECF website of the United States District Court for the District of Columbia, Defendant exercises caution in filing the administrative record and requests leave of the Court to file the administrative record under seal.

Defendant also advises the Court that, pursuant to LCvR 7(m), the undersigned has discussed this motion with Plaintiff's counsel Grant Lattin and he has indicated that Plaintiff does not oppose this motion. Defendant has included a proposed order granting the relief sought.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN G. BURT, | )<br>)<br>) |
| Plaintiff, | ) Civil Action No.: 06-2038 (HHK)<br>) |
| v. | )<br>) |
| DONALD C. WINTER,<br>Secretary of the Navy, | )<br>)<br>) |
| Defendant. | )<br>) |

**ORDER**

Upon consideration of Defendant's Motion to File Exhibits Under Seal and the entire record herein, it is this day of _____ of _____, 2007,

ORDERED that Defendant's motion is hereby GRANTED.

SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE