**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

KEVIN G. BURT         )
             )
      Plaintiff,    )
             )
   v.         )  C.A. No. 06-2038 (HHK)
             )
DONALD C. WINTER       )
Secretary of the Navy      )
             )
      Defendant.   )
_____)

**PLAINTIFF'S CONSENT MOTION FOR COURT APPROVAL OF PROPOSED
BRIEFING SCHEDULE**

   This action seeks review of a final agency decision under the Administrative Procedures

Act, 5 U.S.C. § 701, *et. Seq.*  Plaintiff respectfully moves this Court to approve the proposed

Briefing Schedule contained in this motion.  Good cause exists to grant this motion:

   1.  In lieu of Plaintiff filing a Consent Motion for Enlargement of Time to Oppose,

Move, or Otherwise Respond to Defendant's Motion for Summary Judgment, Plaintiff instead

moves for approval of this motion.

   2.  This case is a review of an administrative agency action that is anticipated will be

disposed of by the Court based upon Defendant's Motion for Summary Judgment or Plaintiff's

Cross-Motion for Summary Judgment.

   3.  It is in the best interests of the Court and all parties to this action to have a

Briefing Schedule that will enable all parties to plan, calendar, and anticipate the various

motions, oppositions, and replies.  Counsel for each party have consulted and agreed upon the

following Briefing Schedule:

March 7, 2007 – Plaintiff's Opposition and Cross-Motion for Summary Judgment due.

April 6, 2007 – Defendants' Reply and Opposition due.

April 23, 2007 – Plaintiff's Reply due.

4.    Granting this Briefing Schedule will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

5.    Neither Plaintiff nor Defendant has requested any other requests for enlargement of time in this case.  It is currently anticipated by both parties, except for good cause shown, that no further extensions of time will be requested for filing the documents referred to in this Briefing Schedule.

6.    Defendant, through counsel, has given his consent to this motion.

Respectfully submitted,

 /s/ Grant Lattin
Grant Lattin, DC Bar # 436051
Counsel for Plaintiff
11970 Shorewood Court
Woodbridge, Virginia   22192
Phone:  (703) 490-0000
Fax:  (703) 991-0454
Email:  Glattin@ArmedForcesLaw.com

February 8, 2007

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                 )

KEVIN G. BURT                      )
                                 )
           Plaintiff,          )
                                 )
          v.                 )      C.A. No. 06-2038 (HHK)
                                 )
DONALD C. WINTER              )
Secretary of the Navy            )
                                 )
          Defendant.       )
_____)

## <u>ORDER</u>

Upon consideration of Plaintiff's Consent Motion for Court Approval of Proposed Briefing Schedule, and the entire record of this case, it is hereby

ORDERED that said motion is GRANTED, and it is

FURTHER ORDERED that all parties to this case will comply with the following Briefing Schedule:

March 7, 2007 – Plaintiff's Opposition and Cross-Motion for Summary Judgment due.

April 6, 2007 – Defendants' Reply and Opposition due.

April 23, 2007 – Plaintiff's Reply due.

Dated this _____ day of _____, 2007.

_____
United States District Judge