UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN G. BURT,<br><br>    **Plaintiff,**<br><br>  v.<br><br>DONALD C. WINTER,<br><br>    **Defendant.** | Civil Action 06-02038 (HHK) |

**JUDGMENT**

For the reasons articulated in the memorandum opinion docketed this same day, it is this 7th day of September, 2007, hereby

**ORDERED** that defendant's motion for summary judgment [#8] is **GRANTED**; and it is further

**ORDERED** that plaintiff's cross-motion for summary judgment [#14] is **DENIED**; and it is further

**ORDERED** that **JUDGMENT** is entered in favor of defendant and against plaintiff.

            Henry H. Kennedy, Jr.
            United States District Judge